```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 14770
    LORETTA CARSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7062


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/15/2007 and was confirmed 11/21/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                  PAID            PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED NOT I   21952.74             .00             .00
SAXON MORTGAGE            CURRENT MORTG        .00             .00             .00
SAXON MORTGAGE            MORTGAGE ARRE        .00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         5336.90             .00             .00
AMERITECH                 UNSECURED        NOT FILED           .00             .00
CAPITAL ONE               UNSECURED         5362.69            .00             .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00             .00
CHASE                     UNSECURED        NOT FILED           .00             .00
CHASE                     UNSECURED        NOT FILED           .00             .00
CHECK & GO                UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1600.00            .00             .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED           .00             .00
HILCO RECEIVABLES         UNSECURED        NOT FILED           .00             .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1038.59            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          564.92            .00             .00
HYDE PARK ASSOCIATION     UNSECURED        NOT FILED           .00             .00
JOHN STROGER HOSPITAL     UNSECURED        NOT FILED           .00             .00
K MART RECOVERY SERVICE   UNSECURED        NOT FILED           .00             .00
LASALLE BANK              UNSECURED        NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00             .00
MICHAEL REESE HOSPITAL    UNSECURED           50.00            .00             .00
MONTEREY COLLECTIONS      UNSECURED          181.50            .00             .00
PEOPLES GAS & LIGHT       UNSECURED        NOT FILED           .00             .00
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED           .00             .00
ASPIRE                    UNSECURED          303.74            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          322.70            .00             .00
ASPIRE                    UNSECURED         1004.76            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         1401.98            .00             .00
B-REAL LLC                UNSECURED             .00            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          248.57            .00             .00
MONTEREY COLLECTIONS      SECURED            550.00            .00          275.00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14770 LORETTA CARSON
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED         5015.70              .00              .00
ASPIRE                    UNSECURED             .00              .00              .00
ASPIRE                    UNSECURED             .00              .00              .00
ROUNDUP FUNDING LLC       UNSECURED          791.74              .00              .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,000.00                             338.08
TOM VAUGHN                TRUSTEE                                                 41.92
DEBTOR REFUND             REFUND                                                    .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  655.00

PRIORITY                                         .00
SECURED                                       275.00
UNSECURED                                        .00
ADMINISTRATIVE                                338.08
TRUSTEE COMPENSATION                           41.92
DEBTOR REFUND                                    .00
                      ---------------     ---------------
TOTALS                   655.00                655.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 07/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE